Alan E. Uher
1208 Birch Drive
Waukesha, WI 53188
December 12, 2012

The Honorable Judge Lynn Adelman
United States District Court
Eastern District of Wisconsin
Milwaukee Division
364 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202



Judge Adelman:

It is my hope that this letter reaches you in good health. My name is Alan Uher, and I have served as a volunteer group Bible study leader through Wisconsin Lutheran Institutional Ministries (WLIM) at the Waukesha County Jail for the past 9 ½ years. I am writing to you on behalf of a friend and acquaintance of mine. Philip Wentzel has been a regular attendee at my Sunday afternoon Bible study since his May 2012 incarceration at the Waukesha County Jail.

Philip has provided thoughtful insight during our discussions and applications of biblical truths and has shared what he has learned with other inmates. He has neither denied his guilt nor complained of unfair treatment during the time I have known him. I believe the power of God's Word has had and continues to have a positive impact on his life, his attitude, his behavior, and his outlook on the future. Outside of our formal Bible study sessions, Philip has completed nearly twenty Bible-based self-study courses and has received certificates of completion from WLIM for his further encouragement.

Philip will stand before you for sentencing in your courtroom on December 21, 2012. Regardless of the outcome of that meeting, he has indicated to me via correspondence his desire to stay involved in God's Word, to continue his education, to get help for his issues and addictions, and to minister to others as opportunities present themselves.

As you pass sentence on Philip Wentzel, kindly consider these observations of mine. I stand ready to provide further clarification if needed. You may contact me in care of the above address, by telephone at (262) 542-4587, or electronically at auher@wi.rr.com. God be with you and with all who administer justice in our land and maintain order in our society. I remain

Sincerely yours,

*Alan E. Uher*

Alan E. Uher