UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 12-CR-116 (LA)

PHILIP HUGH WENTZEL,

        Defendant.

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

On or about October 10, 2010, in the State and Eastern District of Wisconsin,

**PHILIP HUGH WENTZEL**

did knowingly employ, use, persuade, induce, entice, and coerce Minor Female G to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using material that had been mailed, shipped, and transported in or affecting foreign and interstate commerce.

All in violation of Title 18, United States Code, Section 2251(a).

12/21/12
Date

JAMES L. SANTELLE
United States Attorney