LA

5/6/13

I, Dory Wentzel, am petitioning to recieve the seized property of my husband, Philip H. Wentzel.

Dory C Wentzel
Dory Wentzel
3444 S 81st St
Milwaukee WI 53219

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2013 MAY -6 P 12: 36
JON W. SANFILIPPO
CLERK