## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  **v.**                                      **Case No. 12-CR-116**

**PHILLIP WENTZEL**
        **Defendant.**

---

## **SCHEDULING ORDER**

Defendant Phillip Wentzel filed a motion for return of property under Fed. R. Crim. P. 41(g). The government responds that it is no longer in possession of the requested items: the Dell laptop and internal hard drive were destroyed pursuant to the court's forfeiture order; the Dell desktop computer was returned by the FBI to defendant's then-wife in August 2012; and the U.S. Cellular telephone was returned on behalf of defendant's then-wife in November 2013.

"Since in the usual case the only relief sought by the Rule 41(g) motion is return of the property <u>by the government</u>, the fact that the government doesn't have it is ordinarily a conclusive ground for denial of the motion." <u>Okoro v. Callaghan</u>, 324 F.3d 488, 490-92 (7th Cir. 2003). Nor may a defendant use Rule 41(g) to challenge a completed forfeiture. See <u>Young v. United States</u>, 489 F.3d 313, 315 (7th Cir. 2007). I will permit defendant to file a reply before ruling.

**IT IS ORDERED** that defendant may file a reply to the government's response on or before **April 6, 2015**.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2015.

                                            /s Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge